Same case below, 373 Fed. Appx. 517.

Same case below, 373 Fed. Appx. 935.

**No. 10-5439. Patrick Franklin, Petitioner v. United States.**

562 U.S. 922, 131 S. Ct. 299, 178 L. Ed. 2d 195, 2010 U.S. LEXIS 7536.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 376 Fed. Appx. 367.

**No. 10-5440. Hipolito Garcia-Montano, Petitioner v. United States.**

562 U.S. 922, 131 S. Ct. 299, 178 L. Ed. 2d 195, 2010 U.S. LEXIS 7312.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 373 Fed. Appx. 509.

**No. 10-5441. John R. Lane-El, Petitioner v. Mark Sevier, Superintendent, Miami Correctional Facility.**

562 U.S. 922, 131 S. Ct. 300, 178 L. Ed. 2d 195, 2010 U.S. LEXIS 7638,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5442. Clarence Shamein Fitzgerald, Petitioner v. United States.**

562 U.S. 922, 131 S. Ct. 300, 178 L. Ed. 2d 195, 2010 U.S. LEXIS 7270.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5444. Darrell Gist, Petitioner v. United States.**

562 U.S. 922, 131 S. Ct. 300, 178 L. Ed. 2d 195, 2010 U.S. LEXIS 7303.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 382 Fed. Appx. 181.

**No. 10-5447. ZoAnn Brown, Petitioner v. United States.**

562 U.S. 922, 131 S. Ct. 301, 178 L. Ed. 2d 195, 2010 U.S. LEXIS 7302.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5448. Vera McBride, Petitioner v. Albert Murray.**

562 U.S. 922, 131 S. Ct. 301, 178 L. Ed. 2d 195, 2010 U.S. LEXIS 7275.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 287 Ga. 99, 694 S.E.2d 99.